IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>PAULA LEVENTHAL,<br><br>*Defendant*. | Case No. 1:25-CR-26-RDA<br><br><u>Count 1</u>: 18 U.S.C. § 1343<br>Wire Fraud |

**CRIMINAL INFORMATION**

THE UNITED STATES ATTORNEY CHARGES THAT:

**GENERAL ALLEGATIONS**

At all times material to this Information, and at all dates below being on or about the dates indicated, and all dollar amounts being approximate:

1. From at least in or about November 2015 through in or about July 2022, in the Eastern District of Virginia and elsewhere, the defendant,

**PAULA LEVENTHAL,**

knowingly and intentionally devised and intended to devise a scheme and artifice to defraud Company 1, and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises. To execute the scheme, LEVENTHAL set up a merchant account through an online platform. LEVENTHAL then used this account to charge unauthorized transactions that were personal in nature to corporate credit cards that Company 1 issued to LEVENTHAL, which caused Company 1 to unwittingly transfer money to LEVENTHAL. LEVENTHAL changed the name of her merchant account to conceal the true nature of the transactions from Company 1 so that Company 1 would believe the transactions were business-related expenses.

2.   On or about June 12, 2020, in the Eastern District of Virginia and elsewhere, LEVENTHAL, for the purpose of executing the scheme described above, caused to be transmitted by means of wire communication in interstate commerce an interstate wire communication between a computer in Reston, Virginia, which is within the Eastern District of Virginia, and a server in California, to wit: LEVENTHAL used her merchant account to charge, without authorization, $5,000 to Company 1 through LEVENTHAL's Company 1-issued credit card for services that were not actually provided to Company 1.

(In violation of 18 U.S.C. § 1343.)

FORFEITURE NOTICE

Pursuant to Federal Rule of Criminal Procedure 32.2(a), Defendant PAULA LEVENTHAL is hereby notified that, if convicted of the offense alleged in Count 1 of this Information, the Defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offense.

The property subject to forfeiture includes, but is not limited to, a sum of money representing the amount involved in the offense.

If any property that is subject to forfeiture above, as a result of any act or omission of the defendant, (a) cannot be located upon the exercise of due diligence, (b) has been transferred to, sold to, or deposited with a third party, (c) has been placed beyond the jurisdiction of the Court, (d) has been substantially diminished in value, or (e) has been commingled with other property that cannot be divided without difficulty, it is the intention of the United States to seek forfeiture of any other property of the defendant, as subject to forfeiture under Title 21, United States Code, Section 853(p).

(In accordance with Title 18, United States Code, Sections 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Rule 32.2(a), Federal Rules of Criminal Procedure.)

Respectfully submitted,

Erik S. Siebert
United States Attorney

Date: 2/3/2025     By: /s/ William Hochul
William Hochul
Special Assistant United States Attorney
Christopher Hood
Assistant United States Attorney